CORRECTED

# In the United States Court of Federal Claims
BID PROTEST

|  |  |
|---|---|
| TECHNOLOGY INNOVATION ALLIANCE LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| VALIDATEK, INC., | ) ) |
| Defendant-Intervenor. | ) ) ) |

No. 19-1115C
(Filed: August 1, 2019)

**ORDER**

ValidaTek, Inc. ("ValidaTek") has filed a motion to intervene in this bid protest. ECF No. 11. ValidaTek is an awardee in the procurement at issue in this case and therefore may intervene as of right pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims (RCFC) to protect its substantial economic interest in the contract. See RCFC App. C ¶¶ 8(a)–(b). Accordingly, ValidaTek's motion to intervene is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge